UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GLENNIA TATYANA MARIE JOHNSON | * | CIVIL ACTION |
| VERSUS | * | NO. 2:22-CV-668 |
| WISCH MOTORS, INC. D/B/A BAYSHORE CHRYSLER JEEP DODGE, NEW YORK MARINE AND GENERAL INSURANCE COMPANY, AND FRANCO SETH ALEJANDRO | *  * | JUDGE  MAG JUDGE |

NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, BAYWAY AUTO GROUP, INC. (erroneously referred to as Wisch Motors, Inc. d/b/a Bayshore Chrysler Jeep Dodge) and NEW YORK MARINE AND GENERAL INSURANCE COMPANY (hereinafter collectively "Defendants"), who with full reservation of rights, file this Notice of Removal and aver that this matter is hereby removed from the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to this Court on the following grounds:

BACKGROUND INFORMATION

1.

On February 9, 2022, Plaintiff, Glennia Tatyana Marie Johnson ("Plaintiff"), through N. Craig Richardson of Robichaux, Mize, Wadsack, Richardson & Watson, L.L.C., filed this action, entitled *Glennia Tatyana Marie Johnson v. Wisch Motors, Inc. d/b/a Bayshore Chrysler Jeep Dodge, et.al.*, Case No. 2022-502 Div. "F", 14th Judicial District Court, Parish of Calcasieu, State of Louisiana (the "Petition"). (A copy of the Petition for Damages is attached hereto as **Exhibit A** in accordance with 28 U.S.C. § 1446(a)).

**THE DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

2.

Wisch Motors, Inc. d/b/a Bayshore Chrysler Jeep Dodge has been made a defendant and service was issued on February 28, 2022 through the Louisiana Long-Arm Service through its President/CEO, Darryl L. Wischnewsky in Baytown, Texas. At the time of this filing, service has not been effected on Wisch Motors, Inc. New York Marine and General Insurance Company has been made a defendant and service was issued on February 28, 2022 through the Louisiana Secretary of State. At the time of this filing, service has not been effected on New York Marine and General Insurance Company. Franco Seth Alejandro has been made a defendant and service was issued on February 28, 2022 through the Louisiana Long-Arm Service to Franco Seth Alejandro at his residence in Baytown, Harris County, Texas. At the time of this filing, service has not been effected on Franco Seth Alejandro. The Petition affirmatively states that Plaintiff's damages are "sufficient for federal court diversity jurisdiction." See **Exhibit A**.

3.

The U.S. District Court for the Western District of Louisiana, Lake Charles Division, encompasses the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana. the parish in which the state court action is now pending. Therefore, this venue is proper pursuant to 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(a), filed herewith as Exhibit "A" are copies of all process and pleadings received by Defendants in the state court proceeding.

5.

Pursuant to 28 U.S.C. § 1446(b), promptly after notice of this removal is filed, written notice hereof will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the

Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court. See **Exhibit B**.

THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332

6.

This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

7.

Upon information and belief, Plaintiff is a resident and domiciliary of the state of Louisiana.

8.

Defendant, Wisch Motors, Inc. d/b/a Bayshore Chrysler Jeep Dodge is a corporation organized in the state of Texas with its principal place of business in Houston, Harris County, Texas. The correct defendant, Bayway Auto Group, Inc. has not been named as a defendant; however, it is a corporation organized in the state of Texas with its principal place of business in Houston, Harris County, Texas.  Defendant, New York Marine and General Insurance Company is an insurance company who was and is incorporated under the laws of New York, with its principal place of business at 412 Mt. Kemble Avenue, Suite 300C, Morristown, NJ 07960. Defendant, Franco Seth Alejandro is a resident of Baytown, Harris County, Texas.

9.

Complete diversity of citizenship exists between the Plaintiff and Defendants.

10.

Although the Defendants deny any liability to Plaintiff, the amount in controversy exceeds $75,000, exclusive of interest and costs.  In accordance with Article 893 of the Louisiana Code of Civil Procedure, Plaintiff's Petition on its face alleges the amount in controversy exceeds $75,000. Defendant has requested that Plaintiff stipulate that her damages are less than $75,000, and

Plaintiff's counsel has refused to so stipulate. *See* **Exhibit C**. Defendants firmly deny any liability for the plaintiff's alleged injuries or damages in this matter.

11.

The Defendants reserve their right to amend or supplement this Notice of Removal.

12.

The following Exhibits are attached hereto and incorporated here in:

    A. Plaintiff's State Court Filings;

    B. Notice of Filing of Notice of Removal; and

    C. Plaintiff's counsel's email of February 16, 2022 refusing to stipulate.

**WHEREFORE**, Defendants, BAYWAY AUTO GROUP, INC. (erroneously referred to as Wisch Motors, Inc. d/b/a Bayshore Chrysler Jeep Dodge) and NEW YORK MARINE AND GENERAL INSURANCE COMPANY, pray that the matter entitled, *Glennia Tatyana Marie Johnson v. Wisch Motors, Inc., et. al.*, Case No. 2022-502, Div. "F" of the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, be removed to the United States District Court, Wester District of Louisiana, Lake Charles Division and that the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, proceed no further in said action filed herein unless and until this action be remanded by this Court.

Respectfully submitted:

JEANSONNE & REMONDET

 /s/ Michael J. Remondet, Jr.
MICHAEL J. REMONDET, JR.  #21046
TEDDY P. SORRELLS #24884
JULIETTE B. WADE #26830
Post Office Box 91530
Lafayette, LA  70509
Telephone: (337) 237-4370
Email:  MikeR@JeanRem.com; TedS@JeanRem.com; JillW@JeanRem.com
ATTORNEYS FOR DEFENDANTS, BAYWAY AUTO GROUP, INC. AND NEW YORK MARINE AND GENERAL INSURANCE COMPANY

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served via email, facsimile, electronic filing notification, and/or first-class United States mail, proper addressed, postage prepaid on the following:

| | |
|---|---|
| Mr. N. Craig Richardson<br>Robichaux, Mize, Wadsack, Richardson<br>   & Watson, L.L.C.<br>P. O. Box 2065<br>Lake Charles, LA 70602-2065<br>Ph: (337) 433-0234<br>Fax: (337) 433-8595<br>ncr@rmwlegal.com | Honorable H. Lynn Jones, II<br>Calcasieu Parish Clerk of Court<br>P. O. Box 1030<br>Lake Charles, LA 70602<br>Ph: (337) 437-3550<br>Fax : (337) 437-3206 |

Lafayette, Louisiana on this 9th day of March 2022.

 /s/ Michael J. Remondet, Jr.
MICHAEL J. REMONDET, JR.